

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 17, 2021

By CM/ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Gladys Rosario v. Commissioner of Social Security*, 1:20-cv-7749-SLC

Dear Judge Cave:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. The Commissioner is to file a cross-motion for judgment on the pleadings by June 21, 2021. The undersigned respectfully requests a 7-day extension of this deadline to June 28, 2021, to file the cross-motion.

This is the Commissioner's first request for an extension of the deadline to file this cross-motion for judgment on the pleadings. The extension is necessary due to multiple coinciding deadlines as well as the newly recognized Juneteenth federal holiday.

The undersigned affirms that opposing counsel consents to the requested extension.

Thank you for Your Honor's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

*/s/ Michael P. Corona*
Michael P. Corona
Special Assistant United States Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
Tel.: (212) 264-2362
Fax: (212) 264-6372
michael.corona@ssa.gov

---

Defendant's letter-motion requesting an extension of the social security briefing schedule (ECF No. 17) is GRANTED. Defendant's cross-motion shall be filed by **June 28, 2021**, and any reply memorandum shall be filed by **July 19, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 17.

SO ORDERED 6/18/2021

SARAH L. CAVE
United States Magistrate Judge