**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GLADYS ROSARIO,

                            Plaintiff,

   -against-                                         20 **CIVIL** 7749 (SLC)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2022, Ms. Rosario's motion is DENIED and the Commissioner's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

           March 21, 2022

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                           **BY:**
                                                                    **Deputy Clerk**